STATE of Missouri, Respondent

v.

John JORDAN, Appellant.

Nos. WD 49102, WD 50704.

Missouri Court of Appeals, Western District.

Submitted Sept. 28, 1995.

Decided Nov. 21, 1995.

Jarrett Aiken Johnson, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM:

John Jordan appeals from his conviction, after jury trial, for robbery in the first degree, § 569.020, RSMo 1986, and armed criminal action, § 571.015, for which he was sentenced as a prior, persistent and class X offender to consecutive terms of ten years and five years. He also appeals the denial of his Rule 29.15 motion for post-conviction relief. The judgments of the trial court and the motion court are affirmed. Rules 30.25(b) and 84.16(b).